**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CARLOS RAY FRAZIER**                                                                    **PLAINTIFF**
**ADC #650936**

v.                                    Case No. 4:24-cv-00936-KGB

**CAMERON JOHNSON,** *et al.*                                                      **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 5). In response to the Recommendation, plaintiff Carlos Ray Frazier filed a motion for discovery in which he seeks information and video recorded evidence "from dates of the incidents that took place according to my active lawsuits" while he was "housed in Booking area" (Dkt. No. 8, at 1). Mr. Frazier also seeks "proof that I was not served any disciplinary actions but I was maced by Lt. Marshall on camera in booking area." (*Id.*). Finally, Mr. Frazier seeks some medical records regarding treatment that he received while he was an inmate at the W.C. Brassell Adult Detention Center (*Id.*). None of the discovery requested by Mr. Frazier cures the deficiency in the complaint noted by Judge Ervin in her Recommendation, and the Court denies the motion for discovery (Dkt. No. 8).

To the extent that Mr. Frazier's motion for discovery can be considered an objection to Judge Ervin's Recommendation, Mr. Frazier has not cured the deficiencies noted in the Recommendation (Dkt. No. 5). After careful consideration of the Recommendation, consideration of what the Court will consider to be Mr. Frazier's objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 5). Mr. Frazier's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. The Court recommends that in the future this dismissal be counted as a "strike" for purposes of 28 U.S.C. § 1915(g).

So ordered, this 27th day of January, 2025.

                                                    Kristine G. Baker
                                                    Chief United States District Judge