IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                                                           **PLAINTIFF**
ADC #650936

v.                                      Case No. 4:24-cv-00936-KGB

**CAMERON JOHNSON,** *et al.*                                                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Carlos Ray Frazier's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith. The Court recommends that in the future this dismissal be counted as a "strike" for purposes of 28 U.S.C. § 1915(g).

So adjudged this 27th day of January, 2025.

_____
Kristine G. Baker
Chief United States District Judge